1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   LAURA N. MONFREDINI (Cal. State Bar No. 221153)
2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   lauramonfredini@paulhastings.com
6  jeffmichalowski@paulhastings.com

7  Attorneys for Defendant
   United Way of the Bay Area
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | GEORGE CHEN,                       | No.
13 |        Plaintiff,                  | **CERTIFICATION OF INTERESTED ENTITIES
14 |   vs.                              | OR PERSONS (N.D. Cal. Civ. L.R. 3-16)**
15 | UNITED WAY OF THE BAY AREA and,
   | and DOES 1-10 inclusive,
16 |
   |        Defendants.
17

1  To the Clerk of Court, plaintiff George Chen, and plaintiff's attorneys of record:

2  Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that as of this date, other
3  than the named parties, there is no such interest to report.

4  Dated: May 29, 2007.

JEFFREY D. WOHL
LAURA MONFREDINI
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant
United Way of the Bay Area

LEGAL_US_W # 56333205.1

CERT. OF INTERESTED ENTITLES, PERSONS
U.S.D.C., N.D. Cal., No. _____