COPY

1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   LAURA N. MONFREDINI (Cal. State Bar No. 221153)
2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California 94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   lauramonfredini@paulhastings.com
6  jeffmichalowski@paulhastings.com

7  Attorneys for Defendant
   United Way of the Bay Area
8

ORIGINAL FILED
07 MAY 29 PM 2: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    C 07 2785    JCS

12  GEORGE CHEN,                    No.

13         Plaintiff,                **PROOF OF SERVICE**

14     vs.

15  UNITED WAY OF THE BAY AREA and,
    and DOES 1-10 inclusive,
16
           Defendants.
17

---

LEGAL_US_W # 56336662.1

PROOF OF SERVICE
U.S.D.C., N.D. Cal., No. _____

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On May 29, 2007, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the following documents described as:

- **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1446(B) (FEDERAL QUESTION)**
- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (N.D. Cal. Civ. L.R. 3-16)**

in an envelope, postage fully paid, addressed as follows:

William Gaus
Barbara L. Harris Chiang
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104-4207

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 29, 2007, at San Francisco, California.

_____
Meredith A. Mitchell