1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   LAURA N. MONFREDINI (Cal. State Bar No. 221153)
2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California 94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   lauramonfredini@paulhastings.com
6  jeffmichalowski@paulhastings.com

7  Attorneys for Defendant
   United Way of the Bay Area
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | GEORGE CHEN,                              | No. C-07-02785 JCS
13 |         Plaintiff,                        | **PROOF OF SERVICE**
14 |    vs.                                    |
15 | UNITED WAY OF THE BAY AREA and,           |
   | and DOES 1-10 inclusive,                  |
16 |                                           |
   |         Defendants.                       |
17

1  I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On May 29, 2007, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the following documents described as:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **NOTICE OF RULE DISCONTINUING SERVICE BY MAIL**
- **CASE MANAGEMENT CONFERENCE ORDER**
- **STANDING ORDER OF MAGISTRATE JUDGE JOSEPH C. SPERO**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA REGARDING CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
- **FORM OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
- **FORM OF DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
- **ECF REGISTRATION INFORMATION HANDOUT**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

in an envelope, postage fully paid, addressed as follows:

William Gaus
Barbara L. Harris Chiang
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104-4207

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

LEGAL_US_W # 56336662.1

PROOF OF SERVICE
U.S.D.C., N.D. Cal., No. C 07-02785 JCS

1  I declare that I am employed in the office of a member of the bar of this court at whose direction
2  the service was made, and I declare under penalty of perjury under the laws of the United States that the
3  above is true and correct.
4  Executed on May 29, 2007, at San Francisco, California.

_____
Meredith A. Mitchell