DILLINGHAM & MURPHY, LLP
WILLIAM GAUS (STATE BAR NO. 054999)
BARBARA L. HARRIS CHIANG (STATE BAR NO. 206892)
wg@dillinghammurphy.com
bhc@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

    Attorneys For Plaintiff
    George Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHEN, | CASE NO. C 07-02785 JCS |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF GEORGE CHEN** |
| V. | |
| UNITED WAY OF THE BAY AREA, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

**LINDA B. CHEN**

Dated: May 31, 2007.        DILLINGHAM & MURPHY, LLP
                                     WILLIAM GAUS
                                     BARBARA L. HARRIS CHIANG

                        By: _____/s/ William Gaus_____
                              Attorneys for Plaintiff George Chen