DILLINGHAM & MURPHY, LLP
WILLIAM GAUS (STATE BAR NO. 054999)
BARBARA L. HARRIS CHIANG (STATE BAR NO. 206892)
wg@dillinghammurphy.com
bhc@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys For Plaintiff
George Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHEN, | CASE NO. C 07-02785 JCS |
| Plaintiff, | **DEMAND FOR JURY TRIAL BY PLAINTIFF GEORGE CHEN** |
| V. | |
| UNITED WAY OF THE BAY AREA, | |
| Defendant. | |

## JURY TRIAL DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff GEORGE CHEN demands a jury trial on all issues.

Dated:  May 31, 2007.            DILLINGHAM & MURPHY, LLP
                                 WILLIAM GAUS
                                 BARBARA L. HARRIS CHIANG


                       By:  _____/s/_ William Gaus_____
                            Attorneys for Plaintiff George Chen

CASE NO. C 07-02785 JCS
Demand for Jury Trial by Plaintiff