JEFFREY D. WOHL (Cal. State Bar No. 96838)
LAURA N. MONFREDINI (Cal. State Bar No. 221153)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
lauramonfredini@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant
United Way of the Bay Area

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHEN,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED WAY OF THE BAY AREA and, and DOES 1-10 inclusive,<br><br>        Defendants. | No. C 07-02785 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge and hereby requests the reassignment of this case to a United States District Judge.

Date: June 1, 2007.

JEFFREY D. WOHL
LAURA MONFREDINI
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        Jeffrey D. Wohl
        Attorneys for Defendant
        United Way of the Bay Area