```
 1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
    LAURA N. MONFREDINI (Cal. State Bar No. 221153)
 2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 3  55 Second Street, 24th Floor
    San Francisco, California 94105
 4  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
 5  jeffwohl@paulhastings.com
    lauramonfredini@paulhastings.com
 6  jeffmichalowski@paulhastings.com

 7  Attorneys for Defendant
    United Way of the Bay Area
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE CHEN, | No. |
| --- | --- |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME IN WHICH DEFENDANT MAY RESPOND TO PLAINTIFF'S COMPLAINT (N.D. Cal. Civ. L.R. 6-1(a))** |
| vs. | |
| UNITED WAY OF THE BAY AREA and, and DOES 1-10 inclusive, | |
| Defendants. | |

Pursuant to this Court's Civil Local Rule 6-1(a), plaintiff George Chen and defendant United Way of the Bay Area hereby stipulate that defendant's time in which to answer, object, or otherwise respond to plaintiff's complaint is extended by 30 days, making the response due on July 5, 2007.

Dated: May 30, 2007.

WILLIAM GAUS
BARBARA L. HARRIS CHIANG
DILLINGHAM & MURPHY, LLP

By: /s/ William Gaus
William Gaus
Attorneys for Plaintiff George Chen

LEGAL_US_W # 56333679.1

STIP. FOR EXTENSION OF TIME TO RESPOND
U.S.D.C., N.D. Cal., No. _____

1  Dated: May 29, 2007.

JEFFREY D. WOHL
LAURA MONFREDINI
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
United Way of the Bay Area