**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE CHEN,                                              No. C 07-02785 WHA

       Plaintiff,

  v.                                                 **CLERK'S NOTICE SCHEDULING
                                                          INITIAL CASE MANAGEMENT**
BAY AREA UNITED WAY,                                      **CONFERENCE ON REASSIGNMENT**

       Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

     YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for August 30, 2007 at 11:00 a.m., before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.  All other deadlines in the initial case management scheduling order filed on May 29, 2007 remain in effect.

     Parties requesting a continuance shall submit a stipulation and proposed order.  If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: June 8, 2007                                      FOR THE COURT,

                                                         Richard W. Wieking, Clerk

                                                         By:_____
                                                         Dawn K. Toland
                                                         Courtroom Deputy to the
                                                         Honorable William Alsup