DILLINGHAM & MURPHY, LLP
WILLIAM GAUS (STATE BAR NO. 054999)
BARBARA L. HARRIS CHIANG (STATE BAR NO. 206892)
wg@dillinghammurphy.com
bhc@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Plaintiff
George Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHEN,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED WAY OF THE BAY AREA,<br><br>             Defendant. | CASE NO. C 07-02785 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>Date: July 26, 2007<br>Time: 8:00 a.m. |

Plaintiff's motion to remand the above-captioned case having been fully brief and argued and good cause appearing, it is ORDERED that this case is remanded to the Superior Court of the State of California for the County of San Francisco.

DATED: _____

_____
Hon William H. Alsup
Judge, Unites States District Court

Page 1 - CASE NO. C 07-02785 WHA
[PROPOSED] ORDER