1  DILLINGHAM & MURPHY, LLP
   WILLIAM GAUS (STATE BAR NO. 054999)
2  BARBARA L. HARRIS CHIANG (STATE BAR NO. 206892)
3  wg@dillinghammurphy.com
   bhc@dillinghammurphy.com
4  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
5  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
6

7  Attorneys for Plaintiff
   George Chen
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | GEORGE CHEN,                              | CASE NO. C 07-02785 WHA
13 |         Plaintiff,                        | **NOTICE OF CONTINUANCE**
14 | v.                                        | **PURSUANT TO LOCAL RULE 7-7(a)**
15 | UNITED WAY OF THE BAY AREA,
16 |
17 |         Defendant.
18

19

20      Pursuant to Civil L.R. 7-7(a) Plaintiff George Chen files this notice continuing the noticed

21 hearing date for Plaintiff's motion to remand from July 26, 2007 at 8:00 a.m. to AUGUST 2, 2007

22 at 8:00 a.m.

23

24 Dated: June 20, 2007              DILLINGHAM & MURPHY, LLP
                                     WILLIAM GAUS
25                                   BARBARA L. HARRIS CHIANG

26
                              By:    _____/s/ William Gaus_____
27                                   Attorneys for Plaintiff George Chen

28

CASE NO. C 07-02785 WHA
NOTICE OF CONTINUANCE PURSUANT TO LOCAL RULE 7-7(A)