JEFFREY D. WOHL (Cal. State Bar No. 96838)
LAURA N. MONFREDINI (Cal. State Bar No. 221153)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
lauramonfredini@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant
United Way of the Bay Area

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE CHEN, | No. C-07-02785-WHA (JCS) |
|---|---|
| Plaintiff, | **DECLARATION OF ERIC MCDONNELL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S SECOND CAUSE OF ACTION FOR LIBEL** |
| vs. | |
| UNITED WAY OF THE BAY AREA and, and DOES 1-10 inclusive, | |
| Defendants. | Date: August 9, 2007<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup |
| | Complaint filed: April 26, 2007<br>Trial date: None set yet |

I, Eric McDonnell, declare:

1. I am an Executive Vice President of defendant United Way of the Bay Area ("United Way"). I make this declaration in support of United Way's motion to compel arbitration of plaintiff George Chen's second cause of action for libel. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. United Way is one of the largest private funders of health and human services in Northern California and philanthropic partner to individuals and businesses, and the non-profit community. For more than 80 years, United Way has pursued its mission to be the catalyst that enables people to strengthen their communities by investing in one another. United Way serves Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Solano Counties.

3. During the period 1993-99, plaintiff George Chen served as a volunteer member of United Way's Finance Committee. In that capacity, Mr. Chen became familiar with United Way executives and its operations, and became closely involved with the agency's finances.

4. In or about April 2001, Mr. Chen applied for a senior executive position with United Way. Attached to this declaration as Exhibit A is a true copy of Mr. Chen's job application materials, which include his application and his résumé.

5. After his interviews went well, on May 9, 2001, United Way extended to Mr. Chen a written offer of employment as its Senior Vice President and Director, Finance and Administration, reporting to United Way Chief Executive Officer Anne Wilson. Attached to this declaration as Exhibit B is a true copy of Mr. Chen's offer letter.

6. Although the offer letter explicitly provided Mr. Chen the opportunity to seek modifications of its terms, Mr. Chen signed the letter on or about May 16, 2001, accepted United Way's offer, without seeking any changes.

7. Mr. Chen worked for United Way until August 26, 2006, when—after an investigation prompted by numerous employee complaints revealed a pattern of abusive conduct by Mr. Chen toward his staff—United Way terminated Mr. Chen's employment.

///

///

Executed on July 3, 2007, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

                                              Eric McDonnell