# EXHIBIT A

# APPLICATION FOR EMPLOYMENT

We consider applicants for all positions without regard to race, color, religion, creed, gender, national origin, age, disability, marital or veteran status, or any other legally protected status.

*(PLEASE PRINT)*

Position(s) Applied For: **SVP - F&A**
Date of Application: **5/16/01**

How Did You Learn About Us?
- ☐ Advertisement
- ☐ Relative
- ☒ Inquiry
- ☐ Employment Agency
- ☐ Friend
- ☐ Other _____

Last Name: **CHEN**
First Name: **GEORGE**
Middle Name: **K.**

Address: **1852 ALVARADO AVE.** City: **WALNUT CREEK**, State: **CA.** Zip Code: **94596**

Telephone Number(s): **925-256-9210**
Social Security Number (voluntary): **098 60 7219**

Best time to contact you at home is: _____ AM/PM

If you are under 18 years of age, can you provide required proof of your eligibility to work? ☐ Yes ☐ No

Have you ever filed an application with us before? ☐ Yes ☒ No
   If Yes, give date _____

Have you ever been employed with us before? ☐ Yes ☒ No
   If Yes, give date _____

Do any of your friends or relatives, other than spouse, work here? ☐ Yes ☒ No

Are you currently employed? **- UWBA** ☒ Yes ☐ No

May we contact your present employer? ☒ Yes ☐ No

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status
   *Proof of citizenship or immigration status will be required upon employment.* ☐ Yes ☒ No

Date available for work **5/16/01**    What is your desired salary range? _____

Are you available to work:
- ☒ Full-Time (please indicate 1 2 3 shift)
- ☐ Part-Time (please indicate Mornings Afternoon Evenings)
- ☐ Temporary (please indicate dates available __/__/__ - __/__/__)

Are you currently on "lay-off" status and subject to recall? ☐ Yes ☒ No

Can you travel if a job requires it? ☒ Yes ☐ No

NAME: _____
POSITION: _____
DATE: ___/___/___

WE ARE AN EQUAL OPPORTUNITY EMPLOYER

# EDUCATION

| | Name and Address of School | Course of Study | No. of Years Completed | Diploma Degree |
|---|---|---|---|---|
| Elementary School | | | | |
| High School | | | | |
| Undergraduate College | COLLEGE OF WILLIAM & MARY | ACCOUNTING & PHILOSOPHY | 4 | BBA |
| Graduate Professional | | | | |
| Other (Specify) | | | | |

Describe any specialized training, apprenticeship, skills and extra-curricular activities

Describe any job-related training received in the United States military

# EMPLOYMENT EXPERIENCE

Start with your present or last job. Include any job-related military service assignments and volunteer activities. You may exclude organizations which indicate race, color, religion, gender, national origin, disabilities or other protected status.

| Employer | Dates Employed | | Work Performed |
|---|---|---|---|
| KINKOSHA, INC. | From | To | |
| Address: 660 SACRAMENTO ST. #200 SF, CA. 94111 | 1992 | 2001 | |
| Telephone Number(s): 415-765-0475 | Hourly Rate/Salary | | |
| | Starting | Final | |
| Job Title: GM    Supervisor: OWNER | | | |
| Reason for Leaving | | | |

| Employer | Dates Employed | | Work Performed |
|---|---|---|---|
| AUTOMATED CALL PROCESSING CORP | From | To | |
| Address: 244 JACKSON ST. #200 SF, CA 94111 | 1989 | 1992 | |
| Telephone Number(s): 415-989-2200 | Hourly Rate/Salary | | |
| | Starting | Final | |
| Job Title: CFO    Supervisor: CEO | | | |
| Reason for Leaving | | | |

| Employer | Dates Employed | | Work Performed |
|---|---|---|---|
| CABLE TV MONTGOMERY | From | To | |
| Address: 250 HUNGERFORD DR. #200 ROCKVILLE, MD. 20850 | 1987 | 1988 | |
| Telephone Number(s): 301-294-7601 | Hourly Rate/Salary | | |
| | Starting | Final | |
| Job Title: CFO    Supervisor: CEO | | | |
| Reason for Leaving | | | |

| Employer | Dates Employed | | Work Performed |
|---|---|---|---|
| ARTHUR YOUNG & CO. | From | To | |
| Address: 3000 K ST. NW WASH. D.C. 20007 | 1980 | 1987 | |
| Telephone Number(s): 202-956-6051 | Hourly Rate/Salary | | |
| | Starting | Final | |
| Job Title: MANAGER    Supervisor: PARTNERS | | | |
| Reason for Leaving | | | |

If you need additional space, please continue on a separate sheet of paper.

List professional, trade, business or civic activities and offices held.
*You may exclude membership which would reveal gender, race, religion, national origin, age, ancestry, disability or other protected status:*

SEE RESUME

# ADDITIONAL INFORMATION

**Other Qualifications**
Summarize special job-related skills and qualifications acquired from employment or other experience.

SEE RESUME

**SPECIALIZED SKILLS**    (CHECK SKILLS/EQUIPMENT OPERATED)

___ Terminal        ___ Spreadsheet        Production/Mobile Machinery (list)    Other (list)

___ PC/MAC         ___ Word Processing

___ Typewriter      ___ Shorthand

WPM ___             WPM ___

State any additional information you feel may be helpful to us in considering your application.

Note to Applicants: DO NOT ANSWER THIS QUESTION UNLESS YOU HAVE BEEN INFORMED ABOUT THE REQUIREMENTS OF THE JOB FOR WHICH YOU ARE APPLYING.

Are you capable of performing in a reasonable manner, with or without a reasonable accommodation, the activities involved in the job or occupation for which you have applied? A review of the activities involved in such a job or occupation has been given.    ___ YES    ___ NO

**REFERENCES**

1. _____  ( ) _____
   (Name)                       Phone #
   _____
   (Address)

2. _____  ( ) _____
   (Name)                       Phone #
   _____
   (Address)

3. _____  ( ) _____
   (Name)                       Phone #
   _____
   (Address)

# APPLICANT'S STATEMENT

I certify that answers given herein are true and complete.

I authorize investigation of all statements contained in this application for employment as may be necessary in arriving at an employment decision.

This application for employment shall be considered active for a period of time not to exceed 45 days. Any applicant wishing to be considered for employment beyond this time period should inquire as to whether or not applications are being accepted at that time.

I hereby understand and acknowledge that, unless otherwise defined by applicable law, any employment relationship with this organization is of an *"at will"* nature, which means that the Employee may resign at any time and the Employer may discharge Employee at any time with or without cause. It is further understood that this *"at will"* employment relationship may not be changed by any written document or by conduct unless such change is specifically acknowledged in writing by an authorized executive of this organization.

In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in discharge. I understand, also, that I am required to abide by all rules and regulations of the employer.

_____      5/16/01
Signature of Applicant                                          Date

## FOR PERSONNEL DEPARTMENT USE ONLY

Arrange Interview ☐ Yes ☐ No

Remarks _____

_____
                                                            INTERVIEWER      DATE

Employed ☐ Yes ☐ No      Date of Employment _____

Job Title _____    Hourly Rate/Salary _____    Department _____

By _____
                 NAME AND TITLE                  DATE

*This Application For Employment is sold for general use throughout the United States. Amsterdam Printing and Litho assumes no responsibility for the use of said form or any questions which, when asked by the employer of the job applicant, may violate State and/or Federal Law.*

Re-order Form #23960 (23962 imprinted) from Amsterdam Printing and Litho, Amsterdam, N.Y. 12010
©copyright 1999 Amsterdam Printing and Litho, Amsterdam, N.Y. 12010
Rev 3/99        To Re-order Call 1-800-833-6231        AMSTERDAM

**GEORGE K. CHEN**
**1852 ALVARADO AVE.**
**WALNUT CREEK, CA 94596**
**(925) 256-9210**
**george_chen_99@yahoo.com**

## EXPERIENCE

**KINKOSHA, INC.** San Francisco, CA. Oct 92 to Present.

### GENERAL MANAGER

Reporting to the Owner. Full P&L responsibility for diversified company. Oversee all major functions including Sales & Marketing, Operations and Finance & Administration. Hired as senior executive to lead Company turn-around. Major accomplishments include:

- Led Company turn-around from loss to annual profit of $4 million.
- Led growth in annual revenues from $5 million to $35 million.
- Reversed negative cash flow and retired $3 million in bank debt. Achieved cash/ working capital surplus of up to $12 million with no debt.
- Improved Company capitalization from negative net worth to $17 million.
- Negotiated international sources of supply to support sales growth.
- Negotiated credit facilities of up to $2.5 million with various banks.
- Negotiated major cost reductions from suppliers with no loss in service.
- Organized all major departments. Developed and implemented comprehensive policies and procedures.
- Implemented LAN-based accounting and financial reporting systems.
- Working directly with Owner to expand operations of foreign conglomerate.

**AUTOMATED CALL PROCESSING CORP.** San Francisco, CA. Feb 89 to Oct 92.

### CONTROLLER & CFO

Reported to the CEO. Responsible for all Finance & Administrative functions including tax, treasury, budgetary and real estate facilities for Telecommunications company and manufacturing subsidiary. Part of top management team responsible for Company turn-around, from $3+ million loss to $2 million profit, over a two-year period.

**CABLE TV MONTGOMERY** Rockville, MD. Nov 87 to Dec 88.

### VICE PRESIDENT – FINANCE & ADMINISTRATION

Reported to the CEO. Hired as senior financial manager to support immediate and critical Company turn-around. Responsible for all Finance & Administrative functions including personnel, insurance and employee benefits. Organized entire department and hired all Finance personnel.

*[Handwritten note in upper right: "Leticia – Please get his references – he did well today! 4/26"]*

**ARTHUR YOUNG & CO.** New York and Washington, D.C. Sept 80 to Nov 87.

**AUDIT MANAGER**

Managed audits of publicly and privately-held companies, government and non-profit agencies from various industries and services. Planned and supervised complex audits under tight reporting deadlines. Experienced in SEC reporting. Supervisor-in-charge for the United States Postal Service HQ audit engagement.

Education Director / Project Scheduling Director Washington, D.C.

**EDUCATION AND PROFESSIONAL/VOLUNTARY MEMBERSHIPS**

**COLLEGE OF WILLIAM & MARY** BBA May 80.

Certified Public Accountant - AICPA member
United Way Bay Area Finance Committee Member – 1993 to 1999
Walnut Creek Soccer Club - Treasurer

*References available upon request.*