1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   LAURA N. MONFREDINI (Cal. State Bar No. 221153)
2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   lauramonfredini@paulhastings.com
6  jeffmichalowski@paulhastings.com

7  Attorneys for Defendant
   United Way of the Bay Area

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE CHEN, | No. C-07-02785-WHA (JCS) |
|---|---|
| Plaintiff, | **DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S SECOND CAUSE OF ACTION FOR LIBEL** |
| vs. | |
| UNITED WAY OF THE BAY AREA and, and DOES 1-10 inclusive, | Date:  August 9, 2007<br>Time:  8:00 a.m.<br>Courtroom:  9, 19th Floor<br>Judge:  Hon. William H. Alsup |
| Defendants. | Complaint filed:  April 26, 2007<br>Trial date:  None set yet |

I, Jeffrey D. Wohl, declare:

1. I am a member of the Bar of this Court and one of the attorneys representing defendant United Way of the Bay Area ("United Way"). I make this declaration in support of United Way's motion to compel arbitration of plaintiff George Chen's Second Cause of Action for Libel. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. On April 26, 2007, plaintiff brought this action against United Way in San Francisco Superior Court. Attached to this declaration as Exhibit A is a true copy of plaintiff's complaint. On May 29, 2007, United Way removed the action to this Court based on federal question jurisdiction.

3. Attached to this declaration as Exhibit B is a true copy of the American Arbitration Association's Voluntary Labor Arbitration ("VLA") Rules, as amended January 1, 1984. According to plaintiff's arbitration agreement with United Way, VLA Rules 4-6, 10, 11, 12, 16-24, and 26-46 govern the arbitration proceedings between the parties.

4. On May 7, 2007, I contacted William Gaus, counsel for plaintiff, and requested that plaintiff abide by his arbitration agreement and arbitrate his Second Cause of Action for Libel. Mr. Gaus later informed me that plaintiff would not arbitrate his Second Cause of Action, asserting that the arbitration agreement was unenforceable. Mr. Gaus did not explain why the agreement was unenforceable.

Executed on July 5, 2007, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Jeffrey D. Wohl
           Jeffrey D. Wohl