1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   LAURA N. MONFREDINI (Cal. State Bar No. 221153)
2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   lauramonfredini@paulhastings.com
6  jeffmichalowski@paulhastings.com

7  Attorneys for Defendant
   United Way of the Bay Area

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE CHEN, | No. C-07-02785-WHA (JCS) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S SECOND CAUSE OF ACTION FOR LIBEL** |
| vs. | |
| UNITED WAY OF THE BAY AREA and, and DOES 1-10 inclusive, | Date:       August 9, 2007<br>Time:       8:00 a.m.<br>Courtroom:  9, 19th Floor<br>Judge:      Hon. William H. Alsup |
| Defendants. | Complaint filed: April 26, 2007<br>Trial date:      None set yet |

1  On August 9, 2007, a hearing was held on defendant United Way of the Bay Area's motion to compel arbitration of plaintiff George Chen's Second Cause of Action for Libel. William Gaus of Dillingham & Murphy, LLP appeared for plaintiff; and Jeffrey D. Wohl of Paul, Hastings, Janofsky & Walker LLP appeared for defendant.

The Court having considered the papers on the motion, the arguments of counsel, and the law, and good cause appearing therefor,

IT IS ORDERED that the motion be and is hereby GRANTED. The Court finds that plaintiff's Second Cause of Action for Libel is encompassed by the parties' arbitration agreement; that the agreement is enforceable; and that plaintiff has refused to abide by his agreement. Accordingly, plaintiff's Second Cause of Action for Libel is severed from plaintiff's complaint and ordered to be arbitrated pursuant to the parties' agreement. The Court will retain jurisdiction over the Second Cause of Action for the purpose of confirming, modifying, or vacating the arbitrator's award in conformity with applicable law.

Dated: August ___, 2007.                    _____
                                                                William H. Alsup
                                                                United States District Judge