IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED WAY OF THE BAY AREA,<br><br>    Defendant.                     / | No. C 07-02785 WHA<br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARINGS** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Plaintiff's Motion to Remand previously set for July 26, 2007 and Defendant's Motion to Compel Arbitration previously set for August 9, 2007 have been rescheduled for **August 16, 2007 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 12, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup