JEFFREY D. WOHL (Cal. State Bar No. 96838)
LAURA N. MONFREDINI (Cal. State Bar No. 221153)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
lauramonfredini@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant
United Way of the Bay Area

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHEN,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED WAY OF THE BAY AREA and, and DOES 1-10 inclusive,<br><br>        Defendants. | No.  C-07-02785-WHA (JCS)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR REMAND**<br><br>Date:          August 16, 2007<br>Time:          8:00 a.m.<br>Courtroom:  9, 19th Floor<br>Judge:        Hon. William H. Alsup<br><br>Complaint filed:  April 26, 2007<br>Trial date:        None set yet |

On August 16, 2007, a hearing was held on plaintiff George Chen's motion for remand. William Gaus of Dillingham & Murphy, LLP appeared for plaintiff; and Jeffrey D. Wohl of Paul, Hastings, Janofsky & Walker LLP appeared for defendant United Way of the Bay Area.

The Court having considered the papers on the motion, the arguments of counsel, and the law, and good cause appearing therefor,

IT IS ORDERED that the motion be and is hereby DENIED. The Court finds that it has subject matter jurisdiction over plaintiff's First Cause of Action for Wrongful Termination in Violation of Public Policy under 28 U.S.C. sections 1331 and 1441(b), because that cause of action includes as one of its necessary elements a substantial federal question; and that it has supplemental jurisdiction over the remainder of plaintiff's complaint under 28 U.S.C. section 1367.

Dated: August ___, 2007.                               _____

William H. Alsup
United States District Judge