IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE CHEN,

       Plaintiff,

  v.

UNITED WAY OF THE BAY AREA,

       Defendant.
                                           /

No. C 07-02785 WHA

**CLERK'S NOTICE RESCHEDULING HEARING TIME**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the Plaintiff's Motion to Remand and the Defendant's Motion to Compel Arbitration previously set for August 16, 2007 at 8:00 a.m. have been rescheduled for **August 16, 2007 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 8, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup