1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   LAURA N. MONFREDINI (Cal. State Bar No. 221153)
2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   lauramonfredini@paulhastings.com
6  jeffmichalowski@paulhastings.com

7  Attorneys for Defendant
   United Way of the Bay Area
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | GEORGE CHEN,                         | Case No. C-07-02785-WHA (JCS)
13 |         Plaintiff,                   | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
14 |    vs.                               |
15 | UNITED WAY OF THE BAY AREA and,      |
   | and DOES 1-10 inclusive,             |
16 |                                      |
   |         Defendants.                  |
17

18        Counsel report that they have met and conferred regarding ADR and have reached

19 the following stipulation pursuant to CIVIL L.R. 16-8 and ADR L.R. 3-5:

20        The parties agree to participate in a court-sponsored mediation.

21
   DATED:  August 10, 2007        WILLIAM GAUS
22                                BARBARA L. HARRIS CHIANG
                                  DILLINGHAM & MURPHY LLP
23

24
                                  By: /s/ William Gaus
25                                         WILLIAM GAUS

26
                                  Attorneys for Plaintiff
27

28

Case No. C-07-02785-WHA (JCS)         -1-            STIPULATION REGARDING ADR PROCESS

1  DATED:  August 10, 2007        JEFFREY D. WOHL
                                  LAURA N. MONFREDINI
2                                 JEFFREY P. MICHALOWSKI
                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP
3

4
                                  By:  /s/ Laura N. Monfredini
5                                          LAURA N. MONFREDINI

6
                                  Attorneys for Defendant
7

8
                                  [PROPOSED] ORDER
9

10
    Pursuant to the Stipulation above, the captioned matter is hereby referred to court-
11
sponsored mediation.
12
    IT IS SO ORDERED.
13

14  DATED: _____      _____
                                          WILLIAM H. ALSUP
15                                        District Court Judge